# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

CHANGE OF PLEA IN  USA v. Jose Vazquez Correa

CRIMINAL NO. CR218-33   AT  Brunswick, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT  Jose Vazquez Correa , HAVING PREVIOUSLY ENTERED A PLEA OF  Not Guilty , HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF  Guilty  TO  Counts — 6 & 7 / and 16 & 17  IN THE INDICTMENT.

THIS  22nd  DAY OF  October , 2018.

NOLLE PROSSE AS TO COUNT(S) _____

_/s/ J. Vazquez_
Jose Vazquez Correa   DEFENDANT

_/s/_
COUNSEL FOR DEFENDANT
Ron Harrison